Damon N. Vocke (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
dnvocke@duanemorris.com

Daniel B. Heidtke (SBN 302450)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7421

Attorneys for GEICO Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, et al.,<br><br>Defendants. | Case No.: 5:21-cv-02103<br><br>**GEICO'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

GEICO respectfully requests leave of Court to submit this Notice of Supplemental Authority relevant to the pending Motion for Class Certification (ECF No. 78).

The new authority is *Torrez v. Infinity Ins. Co. et al.*, Case No. 2:22-cv-05171-SVW-JC (C.D. Cal. Oct. 11, 2022), which was entered yesterday. While a Rule 12(b)(6) ruling, it speaks to points raised by this Court at the class-certification hearing, and at issue in the manageability and *Daubert* sections of the parties' filings. The new authority is attached as Exhibit A.

DATED October 12, 2022

      */s/ Damon N. Vocke*
      Damon N. Vocke
      Daniel B. Heidtke (SBN 302450)
      DUANE MORRIS LLP
      Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2022, he caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Ronald M. Lepinskas*
                                      Ronald M. Lepinskas