Melody L. Sequoia, CA State Bar No. 309163
melody@sequoialawfirm.com
THE SEQUOIA LAW FIRM
530 Oak Grove Avenue, Suite 102
Menlo Park, California 94025
Telephone: (650) 561-4791
Facsimile: (650) 561-4817

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Ste. 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Additional Attorneys Listed on Signature Page

Attorneys for Plaintiff Jessica Day
and the putative class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Jessica Day, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, GEICO INDEMNITY COMPANY, and GEICO GENERAL INSURANCE COMPANY,<br><br>Defendants. | No.: 5:21-cv-02103 BLF<br><br>**PLAINTIFF'S NOTICE OF FILING REVISED REDACTED OR UNSEALED DOCUMENTS**<br><br>Judge Beth Labson Freeman |

Pursuant to the Court's Order Requiring Plaintiff to Submit Updated Redacted Versions of Sealed Documents at ECF No. 111 in conjunction with the Order Granting Plaintiff's Administrative Motions to File Documents Under Seal at ECF No. 108, Plaintiff Jessica Day, by and through her undersigned counsel of record, hereby gives notice of filing revised redacted or unsealed documents outlined below relating to her Motion for Class Certification. ECF Nos. 108, 111. Exhibits listed below with additional redactions were originally attached to the declarations of Matthew H. Morgan at ECF Nos. 78-1 and 101-1.

| Exhibit No. | Document | Revised Portion Redacted |
|---|---|---|
| | Plaintiff's Motion and Memorandum in Support of Class Certification | 5:6-13 |
| Exhibit 1 | Account Timeline | Unsealed – Defendant has clarified this document is not confidential. ECF No. 99 |
| Exhibit 2 | Summary Exhibit Prepared by GEICO (GEICO_DAY_024947 – 024949) | CA-specific figures |
| Exhibit 4 | Excerpts of the Fed. R. Civ. P. 30(b)(6) Deposition Transcript of BJ Hackman in *Thomas, et al. v. GEICO Casualty Company, et al.* (N.D. Ill.) | 80:1-4, 82:2-9 |
| Exhibit 5 | Explanatory Memo | Unsealed – Defendant has clarified this document is not confidential. ECF No. 99 |
| Exhibit 11 | Expert Report and Appendices of Allen Schwartz | ¶ 32 portions, Apps. D & E |
| Exhibit 13 | Kalinsky Email (GEICO-31062) | Entire email |
| Exhibit 14 | Giveback FAQs | Unsealed – Defendant has clarified this document is |

| | | |
|---|---|---|
| | | not confidential. ECF No. 99 |
| Exhibit 17 | Expert Rebuttal Declaration of Allan Schwartz with Exhibits | Select testimony (CA-specific figures) in ¶ 73 of the declaration (no change from original filing) |

Dated: October 14, 2022          By: /s/Robert L. Schug

Melody L. Sequoia, CA State Bar No. 309163
melody@sequoialawfirm.com
THE SEQUOIA LAW FIRM
530 Oak Grove Avenue, Suite 102
Menlo Park, California 94025
Telephone: (650) 561-4791
Facsimile: (650) 561-4817

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Ste. 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Matthew H. Morgan, MN State Bar No. 0304657*
morgan@nka.com
Robert L. Schug, CA State Bar No. 249640
schug@nka.com
NICHOLS KASTER, PLLP
80 S. 8th Street, Ste. 4700
Minneapolis, MN, 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Ryan F. Stephan, IL State Bar No. 6273101*
rstephan@stephanzouras.com
James B. Zouras, IL State Bar No. 6230596*
jzouras@stephanzouras.com
Teresa M. Becvar, IL State Bar No. 6312328*
tbecvar@stephanzouras.com

Catherine T. Mitchell, IL State Bar No. 6321142*
cmitchell@stephanzouras.com
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: (312) 233-1550
Facsimile: (312) 233-1560

Roy T. Willey, IV, SC State Bar No. 101010*
roy@akimlawfirm.com
Eric M. Poulin, SC State Bar No. 100209*
eric@akimlawfirm.com
Blake Abbott, SC State Bar No. 104423*
blake@akimlawfirm.com
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
*Admitted *Pro Hac Vice*

Attorneys for Plaintiff Jessica Day
and the putative class