UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAY,<br><br>    Plaintiff,<br><br>  v.<br><br>GEICO CASUALTY COMPANY, et al.,<br><br>    Defendants. | Case No. 21-cv-02103-BLF<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF No. 183 |

Before the Court is Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion"), filed pursuant to Civil Local Rule 79-5(f). ECF No. 183. The Motion concerns (1) an exhibit submitted in support of Plaintiff's Opposition to GEICO's Motion to Reconsider Abstention of Jurisdiction that GEICO had previously designated as confidential, and (2) a reference in Plaintiff's opposition brief to the contents of that exhibit. *See id.* For the reasons stated below, Plaintiff's Motion is DENIED WITHOUT PREJUDICE.

**I.    LEGAL STANDARD**

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Consequently, access to motions and their attachments that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097.

In addition, in this district, all parties filing documents under seal must comply with Civil

Local Rule 79-5. Under that rule, when a party seeks to seal a document because it has been designated as confidential by another party, the filing party must file an Administrative Motion to Consider Whether Another Party's Material Should be Sealed. *See* Civ. L.R. 79-5(f). The party who designated the material as confidential must, within seven days, file a statement and/or declaration that meets the requirements of subsection 79-5(f)(c)(1). *See* Civ. L.R. 79- 5(f)(3). A designating party's failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the designating party. *See id*. Any party can file a response to that statement or declaration within four days. *See* Civ. L.R. 79-5(f)(4).

## II.     DISCUSSION

Plaintiff filed the Motion on October 2, 2023. Any statement or declaration by GEICO in support of sealing was due on October 9, 2023. *See* Civil L.R. 79-5(f)(3). As of the date of this order, GEICO has not filed a statement or declaration under Civil Local Rule 79-5(f)(3). The Court therefore finds that sealing is not warranted as to either document. *See Plexxikon Inc. v. Novartis Pharms. Corp.*, No. 17-CV-04405- HSG, 2022 WL 1131725, at *2 (N.D. Cal. Mar. 31, 2022) (denying motions to consider whether another party's material should be sealed because the designating party failed to comply with Civ. L.R. 79-5(f)(3)). Thus, the Court rules as follows:

| ECF No. | Document | Portions to Seal | Ruling |
|---|---|---|---|
| 183-4 | Plaintiff's Opposition to GEICO's Motion to Reconsider Abstention of Jurisdiction | Highlighted Portions | DENIED, as failing to comply with Civ. L.R. 79-5(f)(3). |
| 183-5 | Exhibit 4 in support of Plaintiff's Opposition to GEICO's Motion to Reconsider Abstention of Jurisdiction | Entire document | DENIED, as failing to comply with Civ. L.R. 79-5(f)(3). |

## III.    ORDER

For the foregoing reasons, it is hereby ORDERED that:

1. Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 183, is DENIED WITHOUT PREJUDICE.

2. GEICO may file a statement and/or declaration under Civ. L.R. 79-5(f)(3) within

2

seven days of the entry of this order.

3. If GEICO does not file such a statement or declaration, Plaintiff SHALL, within three days of the passing of GEICO's deadline to submit a statement or declaration, and without further order from the Court, file on the public docket unredacted versions of the documents sought to be sealed.

**IT IS SO ORDERED.**

Dated: October 16, 2023

Beth Labson Freeman
United States District Judge