# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSICA DAY,<br><br>        Plaintiff,<br><br>    v.<br><br>GEICO CASUALTY COMPANY, et al.,<br><br>        Defendants. | Case No. 21-cv-02103-BLF<br><br>**JUDGMENT** |

For the reasons stated in the order granting Defendants' renewed motion for summary judgment, judgment is entered in favor of Defendants GEICO Casualty Company, GEICO Indemnity Company, and GEICO General Insurance Company and against Plaintiff Jessica Day.

Dated: March 18, 2024

_____
BETH LABSON FREEMAN
United States District Judge